## DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. CROIX

| | |
|---|---|
| **UNITED STATES OF AMERICA** and **PEOPLE OF THE VIRGIN ISLANDS,** | ) ) ) ) |
| v. | ) ) ) ) |
| **KETISHA ISLES,** | ) ) |
| **Defendant.** | ) ) ) |

Criminal No. 2014-0051

**Attorneys:**
**Rhonda Williams-Henry, Esq.,**
St. Croix, U.S.V.I.
    *For the Government*

**Jomo Meade, Esq.,**
St. Croix, U.S.V.I.
    *For Defendant*

## ORDER

**UPON CONSIDERATION** of Defendant's "Motion for Judgment of Acquittal or, in the Alternative, Motion for a New Trial" (Dkt. No. 64); the Government's Opposition thereto (Dkt. No. 72); Defendant's Reply (Dkt No. 74); the entire record herein; and for the reasons stated in the accompanying Memorandum Opinion, filed contemporaneously herewith, it is hereby

**ORDERED** that Defendant's "Motion for Judgment of Acquittal or, in the Alternative, Motion for a New Trial" is **DENIED.**

    **SO ORDERED**.

Date:  August 19, 2016                            _____/s/_____
                                                                            RAYMOND L. FINCH
                                                                            Senior District Judge